# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-06-00346-CR
NO. 03-06-00347-CR

**Jennifer Kay Orourke, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 390TH JUDICIAL DISTRICT
NOS. D-1-DC-06-200867 & D-1-DC-06-200868
HONORABLE JULIE H. KOCUREK, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Jennifer Kay Orourke seeks to appeal judgments of conviction for possession of methamphetamine and forgery. The trial court has certified that these are plea bargain cases and Orourke has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The appeals are dismissed. *See id*. rule 25.2(d).

_____

G. Alan Waldrop, Justice

Before Justices B. A. Smith, Puryear and Waldrop

Dismissed for Want of Jurisdiction

Filed: July 6, 2006

Do Not Publish